United States District Court
Middle district of Georgia

Derrick John Raymond Daniels
    Plaintiff

V.

Gregory McLaughlin, James Hinton, Lt. Felton;
John doe, Talisha Moody, CO II John doe, CO II
Crawford; John doe et, al
individually and officially     Defendants



Complaint
civil action no:

Jury Trial Demanded

5:14-CV-442

## Jurisdiction and Venue

1) This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. This court has jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff invokes the courts supplemental jurisdiction for the state law claims in this complaint.

2) The middle district of Georgia is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## Plaintiff

Plaintiff, Derrick John Raymond Daniels is and was at all times mentioned herein a prisoner of the state of Georgia in the custody of Georgia Department of corrections. He is currently confined in Dodge State Prison in Chester, Georgia.

## I. Defendants

Defendant Gregory McLaughlin is the warden/superintendent of Macon state Prison. He is legally responsible for the operation of Macon State prison and the welfare of all the inmates in that prison. He is sued in his individual capacity.

5) Defendant James Hinton is or was the Deputy Warden of Security for Macon State Prison. He is legally responsible for the overall Security of the institution and the effective accomplishment of assigned tasks. He is sued in his individual capacity.

6) Defendant Talisha Moody is or was the Deputy Warden of Care and treatment for Macon State Prison. She is legally responsible for the overall care and Treatment of inmates within the institution. he is sued in her individual capacity

7) Defendant John doe: Lt Felton is or was the Shift Supervisor at Macon state Prison during the incident complained thereof at Macon State Prison. He is responsible for the accomplishment of tasks assigned to his Subordinates. He is sued in his individual capacity.

8) Defendant John doe: CO II Crawford is or was an correctional officer at Macon state Prison. He/she is responsible for overseeing Living areas, etc. within the prison monitoring inmates, to conduct themselves professionally while being responsible for promulgating rules and regulations. He/she is sued in their individual capacity.

9) Defendant John doe: CO II Hannah is or was a correctional officer at Macon State Prison. He/she is responsible for overseeing living areas and promulgating rules and regulations to be followed by inmates, while conducting him/herself professionally. He/she is sued in their individual capacity.

# IV. Facts

>) Plaintiff was confined at Macon State Prison in the H-1 dormitory

1) On 2-11-13 at approximately 5:00 AM while Plaintiff and his cell mate were sleeping in their assigned living unit his cell door was opened from the control booth where both correctional officers: CO II John Doe and CO II John Doe were located.

2) 6 inmates entered Plaintiff cell and viciously assaulted both occupants waking them from their sleep with homemade knives.

3) Plaintiff was stabbed over 20 times in his face, Torso, hips, legs, and feet; he was in much pain.

4) Plaintiff and his roommate were forced to flee from the room in order to save their lives as they continued to be assaulted

5) Defendant John Doe: Lt. Felton meanwhile had arrived and proceeded to film the assault with handheld cameras, he gave no instruction to inmates to cease the assault on Plaintiff and his roommate and gave no instruction to staff to intervene.

6) Plaintiff was then taken to the Medical unit to be treated for injuries and recieved several diffent sets of stitches to close his wounds.

## V. Legal Claims

Plaintiff reallege and incorporate by reference paragraphs 1-16

1) Defendants Gregory McLaughlin, James Hinton, and Talisha Moody failure to [in]stitute policy which prevents predictable violations of rights within the prison and failure to train subordinates constituted Deliberate indifference a violation of 8th amendment of the constitution. The failure to act constituted a denial of plaintiff equal protection of the law guaranteed by the 14th amendment of the constitution.

18) Defendants Gregory McLaughlin, James Hinton, and Talisha Moody Failure to [in]stitute policy which prevents predictable violations of rights within the prison and [properly] train subordinates constitutes Negligence pursuant to O.C.G.A. 51-21-26

19) Defendants John Doe: CO II Floor officer and John Doe: CO II Booth officer actions and Failure to act constituted Deliberate indifference, A violation of plaintiff 8th amendment right to be free from cruel and unusual punishment exposing Plaintiff to serious bodily harm, Physical and Psychological pain, and Mental anguish when they allowed plaintiff cell door to be opened for unassigned inmates when they knew or should have known that there was a substantial risk of danger and they failed to reasonable protect plaintiff from this harm.

20) Defendants John Doe: CO II Floor officer and John Doe: CO II Booth officer actions and failure to act violated plaintiff 14th amendment right to equal protection of law exposing Plaintiff to serious bodily harm, Physical and Psychological pain and Mental anguish for allowing Plaintiff cell door to be opened for unassigned inmates when they knew or should have known that there was substantial risk of danger and they failed to reasonably protect Plaintiff from this harm.

21) Defendants John Doe: CO II Floor officer and John Doe: CO II Booth officer Duty to protect plaintiff and failure to do so by unreasonably exposing plaintiff to harm constitutes Negligence pursuant to O.C.G.A. 51-21-26.

2) Defendant John Doe: Lt Felton failure to respond reasonably to plaintiff assault by other inmates constitutes Deliberate indifference, a violation of Plaintiff 8th amendment of the constitution. His actions constitute Negligence pursuant to §1-21-26

3) Defendant John Doe: Lt Felton Failure to act constituted denial of plaintiff equal protection of the law guaranteed by the 14th amendment of the constitution

# VI. Prayer for relief

WHEREFORE, Plaintiff requests that the court grant the following relief:

A. Issue a declaratory Judgment stating that:

1. Defendants McLaughlin, Hinton, and Moody Failure to institute policy which prevents predictable violations of rights and failure to properly train subordinates violated plaintiff Eighth amendment as well as his Fourteenth amendment right to equal protection of law under the United States constitution and constitutes Neglect under State Law.

2. Defendants John Doe: CO II Hannah (Floor officer) and John Doe: CO II Crawford (booth officer) actions and failure to act violated Plaintiff Eighth amendment as well as his Fourteenth Amendment right to Equal Protection under the United States Constitution and Constitutes Neglect under State Law.

3. Defendant John Doe: Lt Felton Failure to respond reasonably to Plaintiff assault violated Plaintiff Eighth amendment as well as his Fourteenth amendment right to Equal Protection under the United States Constitution.

B. Award Compensatory damages in the following amounts:

1. $2,500,000 Jointly and Severally against Defendants McLaughlin, Hinton, and Moody For their failure to institute policy and properly train Subordinates.

2. $2,500,000 Jointly and Severally against Defendants John Doe: CO II Crawford (Booth officer) and John Doe: CO II Hannah (Floor officer) For their deliberate indifference to plaintiff safety and Neglect which caused Plaintiff serious bodily harm, Mental, and emotional anguish.

3. $1,000,000 against Defendant John Doe: Lt Felton for his failure to

reasonably respond to plaintiff assault and to Protect Plaintiff from injury.

C. Award Punitive damages in the following amounts:
1. $50,000 each against Defendants McLaughlin, Hinton, and Moody.
2. $100,000 each against Defendants John Doe: CO II and John Doe: CO II
3. $100,000 against John Doe: Lt Felton

D. Grant such other relief as it may appear that plaintiff is entitled

12/4/14

Derrick Daniels pro se
*Derrick Daniels*
Dodge State Prison
PO box 276
Chester, GA 31012

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Chester, Ga on 12/4/14

*Derrick Daniels*
Derrick Daniels

## Certificate of Service

This is hereto certify that I have this day served a true and correct copy of the within and foregoing 1983 civil action complaint upon the parties listed below by depositing a copy of the same in the United States mail in a properly addressed envelope with adequate postage thereon here to ensure that it reaches its destination.

William A. Bootle Federal Building
and U.S. Courthouse
PO box 128
Macon, GA 31202

*Derrick Daniels*
Derrick Daniels pro se
#1297440
Dodge State Prison
PO box 276
Chester, GA 31012

On this 4th day of December, 2014

IN THE SUPERIOR COURT OF __Macon__
STATE OF GEORGIA

__Derrick Daniels__,
Plaintiff

__1297440__,
Inmate Number

Civil Action No. __5:14-CV-442__

vs.

__Gregory McLaughlin, James Hinton__,
__John doe #1 Crawford, John doe #2, LT.__,
__Felton, Talisha Moody__,
Defendant(s)

Nature of Action:

__Jury Trial Demanded__

### INMATE FORM FOR CIVIL ACTION

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: __Dodge State Prison Chester, GA 31012__

2. Sentence you are now serving: __30 years with the first 15 years to be served in confinement__

   Name and location of court which imposed sentence: __Newton County Court__

   Approximate date your sentence will be completed: __9/21/22__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:

   a. __2007-CR-1805-4__

   b. _____

   c. _____

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:
   a. __October term 2008 30 years with the first 15 years to be served in confinement__
   b. _____

c. _____

_____

5. Check whether a finding of guilty was made after a plea of:
   - ☐ Guilty
   - ☐ Guilty but mentally ill
   - ☐ Nolo contendere
   - ☑ Not guilty

6. If you were found guilty after a plea of not guilty, check whether the finding was made by:
   - ☑ Jury
   - ☐ Judge only

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☑ Yes    ☐ No

8. If you did appeal, answer the following:

   a. The name of each court to which you appealed:
      1. Court of appeals
      2. _____
      3. _____

   b. The result in each such court to which you appealed:
      1. Affirmed
      2. _____
      3. _____

   c. The approximate date of each such result:
      1. October 2010
      2. _____
      3. _____

   d. If known, citations of any written opinion orders entered pursuant to such results:
      1. _____
      2. _____
      3. _____

## PART II: OTHER LAWSUITS

9. OTHER THAN LAWSUITS ALREADY LISTED in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this action or relating to your imprisonment?
   ☑ Yes    ☐ No

10. If your answer to number 9 is "Yes," describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

   a. Parties to the previous lawsuit:

   Plaintiffs: Derrick Daniels

   Defendants: Gregory Mclaughlin, James Hinton, Talisha Moody, John Doe; Lt Felton, John Doe: CO I Crawford and John Doe: CO II Hannah

   b. Court (If federal court, name the district. If state court, name the court and county): Superior Court of Macon County – Macon

   c. Docket Number: 2014-CV-02

   d. Name of judge to whom case was assigned: W. James Sizemore

   e. Date on which you filed lawsuit: 12-16-13

   f. Date of disposition, if any, of lawsuit: ~~Dismissed~~ N/A

   g. What was the lawsuit about? Tort claim for Negligence

   h. What was the outcome of the lawsuit? (For example, was the case dismissed? Was it appealed? Is it still pending? Appeal pending

   i. Citations, if known, to any written opinions or orders in the lawsuit: _____

## PART III: GRIEVANCE PROCEDURES

11. Is there a prisoner grievance procedure at the institution in which you are presently confined?
    ☑ Yes    ☐ No

12. If your answer to number 11 is "Yes," please answer the following:

    a. Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?    ☑ Yes    ☐ No

    b. If your answer to (a) above is "Yes,"
    What steps did you take? Filed informal Grievance

    What was the result? Denied

    c. If your answer to (a) above is "No," explain why not: _____

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to.

Filed grievances and spoke with CERT Team and Supervisors

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated:

Macon State 11/09' - 11/10'; Telfair 1/10' - 10/11'; Hancock 10/11' - 7/12'; Wheeless 7/12' - 12/12'; Macon State 12/12' - 5/13'; Dodge 7/13' - Present

15. As to your present confinement, please state:

    a. Which part of the penitentiary or jail are you held in: Segregation

    b. How long have you been in this part of the penitentiary or jail? 6 months

    c. Please list the full name of every prisoner now confined in the same general area:
    N/A: one man cell

## PART IV: STATEMENT OF CLAIMS

16. List the name and address of each plaintiff in this lawsuit: _____

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

| Full Name | Official Position | Place of Employment |
|---|---|---|
| Gregory McLaughlin | Warden | Macon State Prison |
| James Hinton | Deputy Warden/Security | Macon State Prison |
| Taliona Moody | Deputy Warden/Care and Treatment | Macon State Prison |
| COII Crawford/John doe | COII | Macon State Prison |
| Lt Felton/John doe | Lieutenant | Macon State Prison |
| COII Hanna/John doe | COII | Macon State Prison |

Administrative Office of the Courts (Revised 02-10-09) [4] Form CA-1

## STATEMENT OF CLAIM

18. Describe each and every FACT—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES. (You may attach additional sheets of paper if necessary.)

On 2/11/13 Plaintiff was confined at Macon State Prison in the H-1 dormitory. At approximately 5:00 AM Plaintiff door was opened from the control Booth where John doe: COII Crawford and John doe COII Hannah were located. No officer was on the floor. 6 inmates entered Plaintiff cell and viciously assaulted him with homemade knives stabbing him over 20 times in his head, Torso, and legs; All while plaintiff was asleep. Plaintiff roommate Antonio Porter was also stabbed. John doe: LT Felton arrived and did not intervene or give instructions to inmates assaulting Plaintiff. Defendants Gregory McLaughlin, James Hinton, and Talisha Moody are guilty of deliberate indifference in failing to properly Train subordinates and establish procedure for staff to follow in the event an unauthorized inmate requests entrace into another inmates cell unit. John doe COII Crawford is guilty of negligence and deliberate indifference for exposing plaintiff to danger when she knew or should have known there was imminent danger. John doe COII Hannah failure to act for knowing that door officer COII John doe Crawford exposed Plaintiff to constitutional violation and failed to do anything about it.

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and BRIEFLY state what each person knows (from having seen, heard, etc.) concerning what happened.

Antonio Porter (address unknown)
Rodney Harris (address unknown)

20. Please describe any legal argument you wish to make. You may add separate sheets of paper if necessary. It is not necessary that you present legal argument in order to obtain the relief to which you are entitled.

CO II Crawford: John doe and CO II Hannah: John doe direct participation and Neglect exposed plaintiff to injury violating his 8th amendment to be free from cruel and unusual punishment and 14th amendment to equal Protection of Law. Defendants Gregory McLaughlin, James Hinton, Talisha Moody, and LT. Felton, indirect participation and failure to train subordinates and failure to institute policy to prevent constitutional violations, violates Plaintiff Eighth (8th) amendment and (14th) Fourteenth amendments.

21. Briefly state the specific relief requested against each party. This means to state exactly what you want the court to do for you. DO NOT MAKE ANY LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

Award compensatory Damages in the following amounts: $2,500,000 Jointly and Severally against Defendants McLaughlin, Hinton, and Moody for their failure to institute Policy and properly train subordinates. $2,500,000 Jointly and severally against defendants John Doe: CO II Crawford (Booth officer) and John Doe: CO II Hannah (Floor officer) for their Deliberate indifference to danger and Neglect which caused Plaintiff serious bodily harm and Mental and Emotional anguish. $1,000,000 against Defendant John Doe: LT. Felton for his failure to reasonably act to protect Plaintiff from injury. Award Punitive damages in the following amounts: 50,000$ each against Defendants McLaughlin, Hinton, and Moody. 100,000$ each against John Doe CO I and John Doe CO II 100,000$ against John Doe: LT. Felton. Grant such other relief as it may appear entitled

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on __11-25-14__
                Date

_____ Signature of Plaintiff

Sworn to and subscribed before me this
__25__ day of __Nov__, 20__14__.

__Michau__
Notary Public or Other Person Authorized to Administer Oaths

Form CA-1