IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DERRICK JOHN RAYMOND DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-442 (MTT) |
| Warden GREGORY MCLAUGHLIN, et. al, | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 5). After reviewing the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends allowing the Plaintiff's Eighth Amendment claims against Officer Crawford, Officer Hannah, and Lieutenant Felton to go forward and dismissing the Plaintiff's claims against Warden McLaughlin, Deputy Warden Hinton, and Deputy Warden Moody. The Magistrate Judge also recommends dismissing the Plaintiff's equal protection and state-law claims. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the claims against Warden McLaughlin, Deputy Warden Hinton, and Deputy Warden Moody are **DISMISSED**, and these parties are **DISMISSED** from this action. The Plaintiff's equal protection and state-law claims are **DISMISSED**.

**SO ORDERED,** this 8th day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT